UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

                Plaintiff,

v.

DEPARTMENT OF JUSTICE,

                Defendant.

Civil Action No. 25-1210 (AHA)

**MOTION FOR EXTENSION OF TIME**

      Defendant Department of Justice, by and through undersigned counsel, respectfully moves to extend the deadline to respond to the complaint in this matter until July 10, 2025. This motion is filed four days prior to the June 2, 2025, deadline. Also, prior to filing this motion, undersigned counsel conferred with Plaintiff, through counsel, and Plaintiff's position is that "Plaintiff alternatively proposed an extension of 14 days, given that this is a FOIA case with a complaint that is less than seven pages in length and which concerns only one defendant agency." Despite Plaintiff's position, there is good cause to grant this motion and the grounds for this motion are as follows:

      Plaintiff initially filed this suit on April 21, 2025, and served the U.S. Attorney's Office on or about May 1, 2024. Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking to compel the release of documents relating to several FOIA requests regarding the former Acting United States Attorney for the District of Columbia Ed Martin's communications, actions, and meetings. *See generally* Compl. (ECF No. 1). Defendant's deadline to respond to the complaint is currently June 2, 2025.

There is good cause to grant this motion. Undersign counsel was only assigned this matter two days ago; nonetheless, undersigned counsel has reached-out the relevant agency point of contact in order to promptly gather information necessary for the defense of this action. Agency counsel needs additional time to confer internally, determine the status of the FOIA requests, review the allegations in the complaint, and if necessary, assist in preparing an appropriate response to the complaint. Also, undersigned counsel needs additional time to determine whether her office will be recused from this matter. If the undersigned's office is not recused from this matter, because undersigned counsel was recently assigned to this matter, the demands of her large docket of active cases, and the swelling number of cases in her office overall, undersigned counsel will need a reasonable amount of additional time beyond the current deadline to review the administrative record, confer with the client agency, and explore whether this case may be resolved without litigation, and if not, formulate Defendant's response to Plaintiff's complaint. Furthermore, if a response to the complaint must be filed, undersigned will need additional time to complete the internal supervisory and agency review of the response to the complaint before filing it with the Court. Accordingly, Defendant requests this extension of time.

Although Plaintiff opposes the extension, Defendant respectfully submits that there is no plausible explanation as to how the short extension or an additional three weeks beyond the time Plaintiff agreed to would prejudice Plaintiff nor does Plaintiff suggest otherwise. Nevertheless, granting the requested extension is necessary for defense coordination and will serve the interests of justice by affording government counsel a reasonable period of additional time to confer with agency counsel, appropriately investigate the claims in this matter, and plan and prepare an appropriate response to the complaint. Further, Defendant proposes this extension in good faith

and not for the purpose of delay and granting the requested extension will not impact any other deadlines.

WHEREFORE, Defendant respectfully requests that the deadline to respond to the complaint be extended until July 10, 2025. A proposed order is enclosed herewith.

| | |
|---|---|
| Dated:  May 29, 2025<br>            Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:      */s/Stephanie R. Johnson*     <br>     STEPHANIE R. JOHNSON<br>     D.C. Bar # 1632338<br>     Assistant United States Attorney<br>     U.S. Attorney's Office, Civil Division<br>     601 D Street N.W.<br>     Washington, D.C. 20530<br>     (202) 252-7874<br>     Stephanie.Johnson5@usdoj.gov<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

                Plaintiff,

   v.

DEPARTMENT OF JUSTICE,

                Defendant.

Civil Action No. 25-1210 (AHA)

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for extension of time in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have until July 10, 2025, to respond to the complaint in this action.

SO ORDERED:

_____     _____
Dated                                                                  Amir H. Ali
                                                                         United States District Judge