UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 25-1210 (AHA) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 18, 2025, Minute Order, Plaintiff Democracy Forward Foundation ("Plaintiff") and Defendant Department of Justice ("Defendant"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking the release of documents relating to five FOIA requests. *See generally* Compl. (ECF No. 1).

**Defendant's Statement:**

Defendant has not located any responsive records for FOIA requests EOUSA-2025-002191 and EOUSA-2025-002397, which sought, respectively, now-former U.S. Attorney Ed Martin's X messages and text messages regarding government business. *See* Compl. ¶¶ 9, 25. On November 13, 2025, Plaintiff sent Defendant a letter expressing concerns about the scope of the search and the preservation of responsive documents in light of publicly available information. Defendant is considering whether supplemental searches are warranted and if so, will notify Plaintiff of the estimated completion date.

With respect to the other FOIA requests (EOUSA-2025-002394, EOUSA-2025-002395, and EOUSA-2025-002396), these requests seek Martin's calendars, visitor logs, and email

communications. *See* Compl. (ECF No. 1) ¶¶ 13, 17, 21. As previously reported, there are currently approximately 4,600 pages of potentially responsive records. Defendant made its first interim response on February 13, 2026. Defendant has reviewed approximately 500 pages of material and has determined that all responsive records for January and February require further consultation with Department of Justice components and other federal agencies.

Defendant continues to anticipate that it will be able to process at least 250 pages per month and will provide interim responses before the last day of each month.

**Plaintiff's Statement:**

With respect to the letter sent by Plaintiff on November 13, 2025, regarding Plaintiff's concerns about the scope of search and preservation of responsive records to requests EOUSA-2025-002191 and EOUSA-2025-002397, Plaintiff notes that Defendant is providing no additional information on its consideration of a supplemental search since the parties' last report. Plaintiff has requested Defendant respond promptly in light of reports that Mr. Martin may leave the Department of Justice—potentially frustrating search efforts.

Regarding the interim response made by Defendant on February 13, 2026, responding to EOUSA-2025-002394, EOUSA-2025-002395, and EOUSA-2025-002396, Plaintiff has asked for information about what Department of Justice components and other federal agencies are being consulted and what date was given to these components and agencies to respond to the consultation. This is particularly important because Defendant has not produced a single page of records responsive to this request and has sent *all* processed pages for consultation.

\*   \*   \*

The parties respectfully propose filing a subsequent status report by April 6, 2026, updating the Court on Defendant's response to Plaintiff's FOIA requests.

| | |
|---|---|
| Dated: February 18, 2026 | Respectfully submitted, |
| */s/ Anisha Hindocha* <br> Anisha Hindocha (D.C. Bar No. 1725159) <br> Daniel A. McGrath (D.C. Bar No. 1531723) <br> DEMOCRACY FORWARD FOUNDATION <br> P.O. Box 34553 <br> Washington, DC 20043 <br> (202) 812-7824 <br> ahindocha@democracyforward.org <br> dmcgrath@democracyforward.org <br><br> *Attorneys for Plaintiff* | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> By: */s/ Rashad Hussain* <br> RASHAD HUSSAIN <br> Assistant United States Attorney <br> 601 D Street, NW <br> Washington, DC 20530 <br> (202) 252-7725 <br> rashad.hussain@usdoj.gov <br><br> *Attorneys for the United States of America* |